Martha Boersch (Cal. Bar No. 126569)
Christy O'Connor (Cal. Bar. No. 250350)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
Email:           mboersch@jonesday.com
                      coconnor@jonesday.com

Attorneys for Defendant
ERIK HARDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIK HARDING,<br><br>   Defendant. | Case No.  CR 09-00643 SBA<br><br>**STIPULATION AND ORDER RE: MODIFICATIONS OF TRAVEL CONDITIONS** |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties in the above-entitled action that ERIK HARDING's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, may be modified to allow Mr. Harding to travel to the Eastern District of California, pursuant to his employment.

Mr. Harding is employed at Global Gardens in Burlingame, California.  His job responsibilities include making trips to Tracy, which is located in the eastern District of California, approximately once a week to drop off and pick up goods.  Because Mr. Harding usually makes these trips on very short notice, it would be impracticable for him to obtain the Court's permission before each delivery.  Pretrial Services officer Joshua Libby has been consulted regarding this matter and has stated he has no objections to this modification.

1   All other terms of Mr. Harding's pretrial release shall remain in effect.

2   Dated: July 6, 2009

3                                         /S/
                                    MARTHA BOERSCH
                                    Attorney for ERIK HARDING

Dated: July 6, 2009

                                    /S/
                                    GARTH HIRE
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July _6_, 2009

                                    HON. WAYNE D. BRAZIL
                                    United States District Judge

PROOF OF SERVICE BY MAIL ON NON-E-FILING PARTY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 2, 2009, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATIONS OF TRAVEL CONDITIONS**

in sealed envelopes, postage fully paid, addressed as follows:

*U.S. Pretrial Officer*
**Joshua Libby**
**450 Golden Gate**
**San Francisco, CA  94102**

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2009, 2009, at San Francisco, California.

_____/S/_____
Tania Korn

SFI-606325v1

PROOF OF SERVICE
CASE NO. 09-00643 SBA