1  Martha Boersch (Cal. Bar No. 126569)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
3  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
4  Email:        mboersch@jonesday.com

5  Attorneys for Defendant
   ERIK HARDING

6

7

**FILED**

DEC 9   2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          **Case No. 09-00643 SBA**

12              Plaintiff,             **STIPULATION AND [PROPOSED]**
                                       **ORDER RE: MODIFICATIONS OF**
13      v.                             **TRAVEL CONDITIONS**

14  ERIK HARDING,

15              Defendant.

16

17        GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties in the

18  above-entitled action that Defendant ERIK HARDING's travel conditions imposed as a condition

19  of his pre-trial release, limiting his travel to the Northern District of California, may be modified

20  to allow Mr. Harding to travel to Dallas, TX, on or around December 20, 2009 and returning to

21  the Northern District of California on or around December 30, 2009.

22        Pretrial Services officer Joshua Libby has been consulted regarding this matter and has

23  stated he has no objections to this one-time modification.

24        All other terms of Mr. Harding's pretrial release shall remain in effect.

25

26        Dated: December 8, 2009

27                               _____/S/_____
                                 MARTHA BOERSCH
28                               Attorney for ERIK HARDING

cc: *State, Copy to parties*
*Via ECF, Pret. Svcs., Lisa, Financial (Odile)*

STIP. AND ORDER RE. MODIFICATION OF TRAVEL COND.
CASE NO. 09-00643 SBA

1

Dated: December 8, 2009

2

_____/S/_____
GARTH HIRE
Assistant U.S. Attorney

3

4

IT IS SO ORDERED.

5

Dated: December ___9___, 2009

6

7

HON. TIMOTHY J. BOMMER
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY MAIL ON NON-E-FILING PARTY

I, Tatiana Korn, declare:

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 California Street, 26th Floor, San Francisco, California  94104.  On December 8, 2009, I served a true copy of **DEFENDANT ERIC HARDING'S STIPULATION AND [PROPOSED] ORDER RE: MODIFICATIONS OF TRAVEL CONDITIONS** on the following party:

> *U.S. Pretrial Officer*
> **Joshua Libby**
> **450 Golden Gate**
> **San Francisco, CA  94102**
> **Fax (415) 436-7517**

**BY MAIL:**  I caused the foregoing document(s) to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

**XX**  **BY FACSIMILE:**  I caused the foregoing document(s) to be transmitted to the party(ies) set forth below at the fax number(s) specified.  The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error.

**BY HAND DELIVERY:**  I caused the foregoing document(s) to be delivered on the same day by an authorized courier in an envelope or package designated by the messaging service carrier addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 8, 2009 at San Francisco, California.

_____/S/_____
Tatiana Korn

SFI-624747v1

PROOF OF SERVICE
CASE No. 09-00643 SBA