Client Id: 35877

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**   )
                vs.                 )    **Docket Number: CR 09-00643-2 SBA**
    **Erik A. Harding**          )

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____April 6, 2010_____ be continued until _____May 4, 2010_____ at _____10:00 am_____.

Date: __3/18/10__

_Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge

NDC-PSR-009 12/06/04