JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00643 SBA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| ERIK HARDING, | |
| Defendant. | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to order as follows:

     1.    Sentencing for defendant Erik Harding in this matter is currently scheduled for 10 a.m. on Tuesday, May 4, 2010.

     2.    The parties request that this hearing be continued until 10 a.m. on Tuesday, May 18, 2010, in order to provide counsel for the government and defendant to evaluate whether defendant is safety-valve eligible and to submit sentencing memoranda which address that issue.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. United States Probation Officer Christina Carruba does not object to the requested continuance.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 26, 2010
   /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: April 26, 2010
   /s/
MARTHA BOERSCH, ESQ.

Attorney for Defendant
Erik Harding

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The currently scheduled May 4, 2010, sentencing hearing is vacated as to defendant Erik Harding. A sentencing hearing for defendant Erik Harding is now scheduled for 10:00 a.m. on May 18, 2010.

DATED: 4/27/10
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME    2