1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612-5217
      Telephone:  (510) 637-3929
7     Facsimile:  (510) 637-3724
      E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,      )   No. CR 09-00643 SBA
                                   )
14        Plaintiff,                )   STIPULATION AND ORDER
                                   )   CONTINUING SENTENCING
15     v.                          )
                                   )
16  ERIK HARDING,                  )
                                   )
17        Defendant.               )
                                   )
18  _____ )

19

20      Plaintiff, by and through its attorney of record, and defendant, by and through his

21  attorney of record, hereby stipulate and ask the Court to order as follows:

22      1.   Sentencing for defendant Erik Harding in this matter is currently scheduled for 10

23  a.m. on Tuesday, May 18, 2010.

24      2.   The parties request that this hearing be continued until 10 a.m. on Tuesday, June

25  29, 2010, in order to provide counsel for the government and defendant additional time to

26  evaluate whether defendant is safety-valve eligible and to submit sentencing memoranda which

27  address that issue.

28

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. United States Probation Officer Christina Carruba does not object to the requested continuance and is available for the hearing on June 29, 2010.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 12, 2010

/s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: May 12, 2010

/s/
MARTHA BOERSCH, ESQ.

Attorney for Defendant
Erik Harding

## ORDER

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The currently scheduled May 18, 2010, sentencing hearing is vacated as to defendant Erik Harding. A sentencing hearing for defendant Erik Harding is now scheduled for 10:00 a.m. on June 29, 2010.

DATED: 5/14/10

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME            2